**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| NIKKI STEINER MAZZOCCHIO and ANGELA STEINER KRAUS, <br><br> Plaintiffs, <br><br> v. <br><br> COTTER CORPORATION et al., <br><br> Defendants | Case No. 4:22-cv-00292-MTS |

**NOTICE OF FILING NOTICE OF REMOVAL TO STATE COURT**

Pursuant to E.D. Mo. Local Rule 2.03, Defendant Cotter Corporation (N.S.L.) hereby files the Notice of Filing and Service of the Notice of Removal previously filed with the Circuit Court of St. Louis County, State of Missouri, as acknowledged by the Clerk of the State Court. A true and correct copy of said notice is attached.

Dated: March 18, 2022           Respectfully submitted,

*/s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
Nacenté Seabury, #67248MO
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
nseabury@rshc-law.com
docketdept@rshc-law.com

**ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L.)**

1

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2022, these papers were served upon all counsel of record via the Court's electronic filing system.

          Respectfully submitted,

          */s/ Brian O. Watson*
          RILEY SAFER HOLMES & CANCILA LLP
          Brian O. Watson, #68678MO
          Lauren E. Jaffe, #6316795IL
          Jennifer Steeve, #308082CA
          Nacenté Seabury, #67248MO
          70 W. Madison St., Ste. 2900
          Chicago, Illinois 60602
          (312) 471-8700 (main)
          (312) 471-8701 (fax)
          bwatson@rshc-law.com
          ljaffe@rshc-law.com
          jsteeve@rshc-law.com
          nseabury@rshc-law.com
          docketdept@rshc-law.com

          **ATTORNEYS FOR DEFENDANT**
          **COTTER CORPORATION (N.S.L.)**

CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

NIKKI STEINER MAZZOCCHIO and )
ANGELA STEINER KRAUS )
)
      Plaintiffs, ) Case No. 22SL-CC00622
v. )
) Division No. 18
COTTER CORPORATION et al., )
)
      Defendants. )

## NOTICE OF FILING AND SERVICE OF THE NOTICE OF REMOVAL

Keane Law LLC
Ryan A. Keane
Nathan R. Carroll
Steven W. Duke
7777 Bonhomme Ave, Ste. 1600
St. Louis, MO 63105
Telephone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
steve@keanelawllc.com

PLEASE TAKE NOTICE that Defendant Cotter Corporation (N.S.L.) has filed in the United States District Court, Eastern District, Eastern Division, a Notice of Removal of Case No. 22SL-CC00622, *Mazzocchio v. Cotter Corporation, et al.*, pending in the Circuit Court of St. Louis County, Missouri. Pursuant to such Notice of Removal, this action has been removed to the United States District Court, Eastern District of Missouri, Eastern Division. A true and correct copy of the Notice of Removal filed in the Federal Court is attached as **Exhibit A** to this notice.

[signature]

CIRCUIT CLERK

/s/Catina Allen

DEPUTY CLERK

COURT SEAL OF
ST. LOUIS COUNTY

Respectfully Submitted,

*/s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
Nacenté Seabury, #67248MO
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
nseabury@rshc-law.com
docketdept@rshc-law.com

**ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L.)**

2


**CERTIFICATE OF SERVICE**

I certify that on March 10, 2022, these papers were served upon all counsel of record via the Court's electronic filing system. These papers were also served upon Plaintiffs' counsel by email at:

| | |
|---|---|
| Keane Law LLC<br>Ryan A. Keane<br>Steven W. Duke<br>7777 Bonhomme Ave, Ste. 1600<br>St. Louis, MO 63105<br>Telephone: (314) 391-4700<br>Fax: (314) 244-3778<br>ryan@keanelawllc.com<br>steve@keanelawllc.com | Jeffery Law Group, LLC<br>Stephen G. Jeffery<br>400 Chesterfield Center<br>Suite 400<br>Chesterfield, MO 63017<br>Telephone: (855) 915-9500<br>sjeffery@jefferylawgroup.com |

Respectfully submitted,

/s/ Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
Nacenté Seabury, #67248MO
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
nseabury@rshc-law.com
docketdept@rshc-law.com

**ATTORNEYS FOR DEFENDANT COTTER CORPORATION (N.S.L.)**