# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| NIKKI STEINER MAZZOCCHIO, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:22-cv-292-MTS |
| COTTER CORPORATION, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER STAYING LITIGATION

Before the Court is the parties Joint Motion to Stay of Proceedings, Doc. [26]. The Court finds good cause is shown to stay the litigation and as such, the Motion is **GRANTED**.

Accordingly,

**IT IS HEREBY ORDERED** that the parties Joint Motion to Stay, Doc. [26], is **GRANTED**.

**IT IS FURTHER ORDERED** that all litigation and proceedings in this lawsuit are **STAYED** until the final outcome of the U.S. Supreme Court's decision on the Petition for Writ of Certiorari to be filed in the *Banks* matter. *See Banks, et al. v. Cotter Corporation, et al.*, 4:20-cv-01227 (E.D. Mo.), *In re Cotter Corp. (N.S.L.)*, 22 F.4th 788 (8th Cir. Jan. 7, 2022) ("*Banks*").

**IT IS FURTHER ORDERED** that the parties shall provide the Court a status report within twenty-one (21) days of the final outcome of the *Banks* decision.

**IT IS FINALLY ORDERED** that all pending motions in this litigation are **DENIED** without prejudice as **MOOT**.

It is so ordered.

Dated this 4th day of April, 2022.

                                                MATTHEW T. SCHELP
                                                UNITED STATES DISTRICT JUDGE