UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NIKKI STEINER MAZZOCCHIO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.  4:22-cv-00292-MTS |
| | ) | |
| COTTER CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

COMES NOW John F. Cowling of Armstrong Teasdale LLP and enters his appearance

on behalf of Defendant St. Louis Airport Authority, a Department of the City of St. Louis, in the

above-captioned action.

ARMSTRONG TEASDALE LLP


By: */s/ John F. Cowling*
    John F. Cowling, ##30920MO
    Laura A. Bentele, ##64727MO
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    Telephone:  314.621.5070
    Fax:  314.621.5065
    jcowling@atllp.com
    lbentele@atllp.com

ATTORNEYS FOR DEFENDANT
ST. LOUIS AIRPORT AUTHORITY, A
DEPARTMENT OF THE CITY OF ST. LOUIS.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2022, the foregoing was filed electronically with the

Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel

of record.

/s/ John F. Cowling