# IN THE UNITED STATES DISTRICT COURT FOR THE s
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| NIKKI STEINER MAZZOCCHIO and ANGELA STEINER KRAUS, <br><br> Plaintiffs, <br><br> v. <br><br> COTTER CORPORATION et al., <br><br> Defendants. | Case No. 4:22-cv-00292-MTS |

**DEFENDANT ST. LOUIS AIRPORT AUTHORITY, A DEPARTMENT OF THE CITY OF ST. LOUIS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

Defendant St. Louis Airport Authority, A Department of the City of St. Louis, requests an unopposed extension of time until Friday, March 3, 2023, to file their response to Plaintiffs' First Amended and Supplemental complaint (ECF No. 44). Defendant's extension is sought in good faith and will not unduly delay these proceedings or prejudice any party. Defendant has also conferred with Plaintiffs, who do not oppose this request.

For these reasons, Defendant requests that the Court grant this motion for extension.

        ARMSTRONG TEASDALE LLP

        By: */s/ Corey A.-T. Stegeman*
           John F. Cowling, ##30920MO
           Laura A. Bentele, ##64727MO
           Corey A.-T. Stegeman, #66828MO
           7700 Forsyth Blvd., Suite 1800
           St. Louis, Missouri 63105
           Telephone:  314.621.5070
           Fax:  314.621.5065
           jcowling@atllp.com
           lbentele@atllp.com
           cstegeman@atllp.com

        ATTORNEYS FOR DEFENDANT
        ST. LOUIS AIRPORT AUTHORITY, A
        DEPARTMENT OF THE CITY OF ST. LOUIS.

## CERTIFICATE OF SERVICE

 I hereby certify that on February 14, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                  */s/ Corey A.-T. Stegeman*