# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| NIKKI STEINER MAZZOCCHIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COTTER CORPORATION et al., <br><br> Defendants. | Case No. 4:22-cv-00292-MTS |

### DEFENDANT COMMONWEALTH EDISON COMPANY'S MOTION TO DISMISS
### PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Price-Anderson Act, 42 U.S.C. §§ 2210, *et seq.*, Defendant Commonwealth Edison Company respectfully moves this Court for an Order dismissing the claims Plaintiffs assert against it in their First Amended and Supplemental Complaint. Commonwealth Edison Company incorporates by reference its accompanying Memorandum in Support.

Dated: March 3, 2023

Respectfully submitted,

*/s/ Brian O. Watson*
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
docketdept@rshc-law.com

Jennifer Steeve, #308082CA
RILEY SAFER HOLMES & CANCILA LLP
100 Spectrum Center Drive, Suite 440
Irvine, CA 92618

Phone: (949) 359-5515
Fax: (312) 471-8701
jsteeve@rshc-law.com
docketdept@rshc-law.com

**ATTORNEYS FOR DEFENDANT
COMMONWEALTH EDISON COMPANY**

## **CERTIFICATE OF SERVICE**

I certify that on March 3, 2023, these papers were filed through the CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

    Respectfully submitted,

    */s/ Brian O. Watson*
    Brian O. Watson, #68678MO