UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NIKKI STEINER MAZZOCCHIO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No.  4:22-cv-00292-MTS |
| | ) |
| COTTER CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT ST. LOUIS AIRPORT AUTHORITY'S MOTION TO JOIN DEFENDANT COTTER CORPORATION (N.S.L.)'S MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL**

COMES NOW Defendant, St. Louis Airport Authority ("SLAA"), a Department of the City of St. Louis, by and through the undersigned counsel, and joins in the previously filed *Motion for Certification for Interlocutory Appeal* (ECF #100) and *Memorandum in Support of Motion for Certification for Interlocutory Appeal* (ECF #101) dated September 28, 2023.  For the reasons set forth therein, the undersigned requests that this Court certify the controlling question of law raised in this Court's Memorandum and Order (ECF #85) with respect to the standard of care applicable to a PAA public liability action under 28 U.S.C. § 1292(b), and further requests that the proceedings be stayed pending the Eighth Circuit's review. As the Memorandum and Order (ECF #85) explains, there are substantial grounds for a difference of opinion on this legal issue, and resolution now by the Eighth Circuit may materially advance the ultimate termination of this litigation.  Accordingly, this Court "should not hesitate to certify an interlocutory appeal." *Mohawk Indus., Inc. v. Carpenter*, 558 U.S. 100, 110-11 (2009).

1

Dated:  October 25, 2023

        ARMSTRONG TEASDALE LLP

        By: */s/ Corey A.-T. Stegeman*
            Laura A. Bentele, ##64727MO
            Corey A.-T. Stegeman, #66828MO
            7700 Forsyth Blvd., Suite 1800
            St. Louis, Missouri 63105
            Telephone:  314.621.5070
            Fax:  314.621.5065
            lbentele@atllp.com
            cstegeman@atllp.com

        ATTORNEYS FOR DEFENDANT
        ST. LOUIS AIRPORT AUTHORITY, A
        DEPARTMENT OF THE CITY OF ST. LOUIS.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Corey A.-T. Stegeman*